```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**MONONGALIA HEALTH SYSTEM, INC.,**

      **Plaintiff,**

**v.**                       **//**     **CIVIL ACTION NO. 1:07CV70**
                                         **(Judge Keeley)**

**YAFFE AND CO., INC.,**

      **Defendant.**

**ORDER GRANTING MOTION TO RESCHEDULE**
**<u>INITIAL RULE 16 SCHEDULING CONFERENCE</u>**

On October 3, 2007, counsel for the plaintiff filed a Motion to Reschedule Initial Rule 16 Scheduling Conference currently set for November 6, 2007. As ground for the motion, counsel states that trial counsel has a scheduling conflict on that date. Good cause having been shown and there being no objection, the Court **GRANTS** the motion (docket no. 18).

Accordingly, the scheduling conference set for November 6,, 2007 is rescheduled for **November 19, 2007** at **12:15 p.m.** at the **Elkins, West Virginia** point of holding court. Counsel may request the Court to conduct the scheduling conference by telephone. If the scheduling conference is to be by telephone, the Court directs lead counsel for the plaintiff to initiate the conference call, which shall include all parties wishing to participate by phone. The Court notifies the parties that any pending motions in the case that are fully briefed **WILL BE ADDRESSED** at the scheduling conference.

**MONONGALIA HEALTH SYSTEM v. YAFFE AND CO.**                1:07CV70

**ORDER GRANTING MOTION TO RESCHEDULE**
**INITIAL RULE 16 SCHEDULING CONFERENCE**

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: October 17, 2007.

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE