IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
NOV - 7 2007

**MONONGALIA HEALTH SYSTEM, INC.,**

  **Plaintiff,**

v. // CIVIL ACTION NO. 1:07CV70
          (Judge Keeley)

**YAFFE AND CO., INC.,**

  **Defendant.**

### ORDER MOVING THE INITIAL RULE 16 SCHEDULING CONFERENCE TO THE CLARKSBURG, WEST VIRGINIA POINT OF HOLDING COURT

For reasons appearing to the Court, the scheduling conference set for **November 19, 2007** at **12:15 p.m.** at the **Elkins, West Virginia** point of holding court will now be held on the same date and time at the **Clarksburg, West Virginia** point of holding court.

Counsel may request the Court to conduct the scheduling conference by telephone. If the scheduling conference is to be by telephone, the Court directs lead counsel for the plaintiff to initiate the conference call, which shall include all parties wishing to participate by phone.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: November 7, 2007.

          /s/ Irene M. Keeley
          IRENE M. KEELEY
          UNITED STATES DISTRICT JUDGE