```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**MONONGALIA HEALTH SYSTEM, INC.,**

      **Plaintiff,**

**v.**                               //    **CIVIL ACTION NO. 1:07CV70**
                                                  (Judge Keeley)

**YAFFE AND CO., INC.,**
**RIAN YAFFE, in his individual**
**capacity, WILLIAM WILSON, in**
**his individual capacity, and**
**ANTHONY GIGLIO-TOS, in his**
**individual capacity,**

      **Defendants.**

## ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME
## TO RESPOND TO COMPLAINT

On January 18, 2008, Defendants Yaffe and Co, Inc. ("Yaffe"), Rian Yaffe, William Wilson, and Anthony Giglio-Tos, filed a motion for an enlargement of time to file an Answer or other responsive pleading to the Plaintiff's Amended Complaint.

For reasons appearing to the Court, it **GRANTS** the defendants' motion, and directs the defendants to file an Answer or other responsive pleading by **Friday, February 1, 2008.**

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: January 28, 2008.

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE